UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN SCOTT MINER,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>BRANDON BLACK and MIDLAND FUNDING LLC,<br><br>　　　　　　　　　　Defendants. | Case No.: 3:15-cv-02766-CAB-MDD<br><br>**DISMISSAL WITHOUT PREJUDICE** |

　　The amended complaint in this action was filed on December 22, 2015. On September 14, 2016, the Court issued an order to show cause why this case should not be dismissed for failure to prosecute. [Doc. No. 7.] The deadline to respond to the order to show cause has passed and no activity has occurred on the docket. Accordingly, it is hereby **ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

　　**IT IS SO ORDERED**.

Dated:  October 3, 2016

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Hon. Cathy Ann Bencivengo
　　　　　　　　　　　　　　　　　　　　　　United States District Judge